Law Office of
# Bleichman and Klein
Attorneys & Counselors at Law
268 Route 59 West
Spring Valley, NY 10977
(845) 425-2510

MEMO ENDORSED

Joshua N. Bleichman admitted in NY
Shmuel Klein admitted in NJ

April 30, 2009

Hon. Stephen C. Robinson
U.S. District Court
300 Quarropas St.
White Plains, NY 10601



      RE:    Grossinger v. Canneti & Troodler
      Case No.: 06-cv-4437

Dear Judge Robinson:

    I am the attorney for the Plaintiff. We agreed to settle this case for $2000.00, however, due to Mr. Klein's disability, we have not been paid by the defendant's insurance company.

    We respectfully request a conference so that we may conclude this matter.

Respectfully yours,

Joshua N. Bleichman

**APPLICATION GRANTED**

HON. STEPHEN C. ROBINSON

New conference date
May 14th @ 3:30

cc: Peter D. Rigelhaupt
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____